IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BRANDON SMITH, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 3:21-cv-00682 |
| | ) | 3:21-cv-00683 |
| v. | ) | 3:21-cv-00684 |
| | ) | 3:21-cv-00685 |
| TRI-STAR ENERGY, LLC, | ) | |
| Defendant. | ) | JUDGE RICHARDSON |

## ORDER

In these consolidated cases, in which the lead case is Case No. 3:21-cv-00682, the parties have filed a (single) Stipulation of Dismissal (Doc. No. 37, "Stipulation") captioned (as above) under the numbers of all four of the consolidated cases. The Stipulation was signed by counsel for all parties and filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Under Rule 41(a)(1)(A)(ii), the Stipulation suffices to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that each of the consolidated cases has been **DISMISSED** with prejudice, and the Clerk is directed to close the file for each such case.

This Order shall constitute final judgment, in each of the four respective cases, for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE